

# United States District Court
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Deutsche Bank National Trust     :    Case No. **1 : 06CV1186**
Company, as Trustee of Argent     :
Securities Inc., Asset Backed     :    Judge _____ **JUDGE POLSTER**
Pass-Through Certificates, Series     :
2003-W9 under the Pooling & Servicing     :    Parcel No.: 139-04-049
Agreement dated December 1, 2003     :
c/o AMC Mortgage Services     :    **MAG. JUDGE PERELMAN**
505 City Parkway West     :
Orange, CA  92868     :
    :
         Plaintiff     :    **COMPLAINT FOR FORECLOSURE**
    :    **WITH WARNING UNDER THE FAIR**
         vs.     :    **DEBT COLLECTION PRACTICES ACT**
    :
Shannon Calhoun     :
14214 Glendale Avenue     :
Cleveland, OH  44128     :
    :
Unknown Spouse, if any, of     :
Shannon Calhoun     :
14214 Glendale Ave     :
Cleveland, OH  44128     :
    :
         Defendants.     :

### Jurisdiction and Venue

1.  Jurisdiction is founded on 28 U.S.C. Section 1332(a)(1). The citizenship of the parties is

    diverse and the amount in controversy exceeds the jurisdictional requirement. Plaintiff is a

    Nationally Chartered Bank, with its principal place of business in Los Angeles County,

    California. Defendants are citizens of the State of Ohio. Venue is proper in the Northern

    District of Ohio, Eastern Division as the real property which is the subject of this action is

    located in this district.

## Background

2.      On October 10, 2003, Shannon Calhoun executed the promissory note attached to this

complaint as Exhibit A (the "Note"), in favor of Argent Mortgage Company, LLC.

3.      On October 10, 2003. to secure payment of amounts due under the Note. Shannon Calhoun

executed and delivered the mortgage attached to this complaint as Exhibit B (the

"Mortgage"). in favor of Argent Mortgage Company. LLC.

4.      The Note is in default because installment payments due on the Note have not been paid.  As

a result, covenants in the Mortgage have not been performed.

5.      On October 15, 2003, the Mortgage was recorded with the Cuyahoga County Recorder as

Official Instrument Number 200310150875.

6.      The Mortgage conveys to Plaintiff an interest in the property commonly known as: 14214

Glendale Avenue. Cleveland. OH  44128, parcel number 139-04-049 (the "Property"). The

legal description of the Property is included in the Mortgage.

7.      A title examination reveals that the other persons named as defendants in this action may also

have or claim an interest in the Property. The Preliminary Judicial Report attached to this

complaint as Exhibit C explains why these defendants may have or claim an interest in the

Property.

## COUNT ONE

8.      Plaintiff incorporates each of the preceding allegations into Count One by reference.

9.      Plaintiff is the owner and holder of the Note.

10.     All personal obligations on the Note have been discharged under the United States

Bankruptcy Code.  As a result, Plaintiff is not seeking a personal judgment against any of the

Defendants but is seeking instead only to enforce its security interest. Because the Note has

been accelerated and both the Note and Mortgage are in default, Plaintiff is entitled to recover

from the sale of the Property the principal in the amount of $81,094.96. plus interest on the

outstanding principal balance at the rate of 8.85% per annum from February 1, 2006. plus late

charges. advances for taxes and insurance, and all other expenditures recoverable under the

Note and Mortgage and/or Ohio law.

COUNT TWO

11.    Plaintiff incorporates each of the preceding allegations into Count Two by reference.

12.    The Mortgage is a valid and subsisting first lien on the Property, subject only to any lien that

       may be held by the County Treasurer.

13.    Plaintiff is the owner and holder of the Mortgage and is entitled to foreclose the Mortgage.

PRAYER FOR RELIEF

14.    Plaintiff prays for the following relief:

       •      a finding of default on the Note and Mortgage and an order requiring the Marshal to

              distribute to Plaintiff proceeds from the sale of the Property  in the amount of

              $81,094.96. plus interest on outstanding principal balance due at the rate of 8.85% per

              annum from February  1, 2006, plus late charges, plus advances, if any, made by

              Plaintiff to protect its interest in the Property, plus costs and expenses incurred by

              Plaintiff to enforce its rights under the Note and Mortgage;

       •      a finding that the Mortgage is a valid and subsisting first lien on the Property. subject

              only to any lien that may be held by the County Treasurer;

       •      an order (1) foreclosing the equity of redemption and dower of all defendants named

              in this action, (2) requiring that the Property be sold free and clear of all liens.

              interests. and dower, (3) requiring all defendants to set up their liens or interest in the

              Property or be forever barred from asserting such liens or interests, (4) requiring that

              the proceeds of the sale of the Property be applied to pay all amounts due Plaintiff

under the Note, and (5) granting Plaintiff all other relief, legal and equitable, as may

be proper and necessary, including, for example, a writ of possession.

Respectfully submitted,

Kevin L. Williams (0061656)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH 43216-5028
614-222-4921; Fax 614-220-5613
klw-f@mdk-llc.com
Attorney for Plaintiff

**THIS COMMUNICATION IS AN ATTEMPT TO COLLECT A DEBT.
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

## NOTICE UNDER THE FAIR DEBT COLLECTION PRACTICES ACT

If your name appears in paragraph two (2) of the foregoing Complaint, the following notice applies to you.

1.     The purpose of the attached documents is to collect a debt. Any information you provide to Manley Deas Kochalski LLC will be used for that purpose.

2.     The amount of the debt is stated in paragraph ten (10) of the Complaint.

3.     The person named as Plaintiff in this Complaint is the creditor to whom the debt is owed.

4.     The debt described in this Complaint and evidenced by the copy of the promissory note attached to the Complaint will be assumed to be valid by Manley Deas Kochalski LLC, unless, within thirty (30) days of your receipt of this notice, you dispute in writing the validity of the debt or some portion of the debt.

5.     If you notify Manley Deas Kochalski LLC in writing within thirty (30) days of your receipt of this notice that the debt or any portion of the debt is disputed, Manley Deas Kochalski LLC will obtain a verification of the debt and cause a copy of the verification to be mailed to you.

6.     If the creditor named as Plaintiff in this Complaint is not the original creditor, and if you make a written request to Manley Deas Kochalski LLC within thirty (30) days of your receipt of this notice, Manley Deas Kochalski LLC will mail to you the name and address of the original creditor.

Written requests should be addressed to Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028.

---

### *IMPORTANT NOTICE TO THE BORROWERS*

*Because the attorneys at the law firm of Manley Deas Kochalski LLC represent the company that filed this foreclosure action, we are prohibited by ethical rules from giving you any legal advice. What this means is that we cannot tell you what you should do in response to this summons and complaint. If you have any questions about how to respond to the summons and complaint, please contact your own attorney, a legal aid society, or your local bar association for assistance.*

*If you would like to see whether this foreclosure action can be stopped, please call your lender's loss mitigation representative at 1-800-211-6926 It is not too late to call.*

---

G:\Cases - TM\06-07141\Federal Foreclosure Complaint-060509-BEH.WPD