Exhibit C

IFA/MTS OH
FORM MTS-105A
JUDICIAL REPORT
SCHEDULE A



**39-PFE45606**
FILE NUMBER: 06-07141

*First American Title Insurance Company*

## PRELIMINARY JUDICIAL REPORT

Prepared for: Manley Deas Kochalski LLC
Attorneys at Law
P. O. Box 165028
Columbus, OH 43216-5028

Inquiries should be directed to:  Edward M. Kochalski, Esq.
Allodial Title Company
495 South High Street, Suite 300
Columbus, OH 43215
614-220-5611

Pursuant to your request for a report for use in judicial proceedings, we have made an examination of the records of Cuyahoga County, State of Ohio, and *First American Title Insurance Company,* for a valuable consideration, hereby guarantees, in an amount not to exceed $82,450.00, that the title to the premises hereinafter described, as appears from said records, is, at the date hereof, good in: Shannon Calhoun.

### TITLE ACQUIRED BY:
Shannon Calhoun acquired title by virtue of a deed from Isaac Zemelman (married to Rachelle D. Zemelman, who signs only to release dower) and Irving J. Kazen (married to Bluma Kazen, who signs only to release dower), dated October 14, 2003, filed October 15, 2003, recorded at Official Instrument Number 200310150874, Recorder's Office, Cuyahoga County, Ohio,

and free from all encumbrances, liens or defects, except as shown in Schedule B.

## SCHEDULE A
## DESCRIPTION OF REAL ESTATE

Situated in the City of Cleveland, County of Cuyahoga and State of Ohio: and known as being Sublot No. 130 in the Parkhill Land and Allotment Company's Shaker Overlook Subdivision of part of Original Warrensville Township Lot Nos. 51 and 61, as shown by the recorded plat in Volume 58 of Maps, page 10, of Cuyahoga County Records.

Parcel Number: 139-04-049

Commonly known as: 14214 Glendale Avenue, Cleveland, Ohio

## FIRST AMERICAN TITLE INSURANCE COMPANY

Number 39-PFE45606
File Number 06-07141

### SCHEDULE B

1. TAX INFORMATION for 2006 and subsequent years:

    The property stands charged on the Cuyahoga County Auditor's Duplicate in the name of Shannon Calhoun. It carries parcel number 139-04-049.

    **TOTAL VALUATION:** $16,980.00 (Land: $4,590.00, Building: $12,390.00).

    The Treasurer has a first lien for taxes in an amount to be determined.

    Taxes or assessments approved, levied or enacted by the State, County, Municipality, Township or similar taxing authority, but not yet certified to the tax duplicate of the County in which the land is situated, including any retroactive increases in taxes or assessments resulting from any retroactive increase in the valuation of the land by the State County, Municipality, Township or other taxing authority.

2. Mortgage in favor of Argent Mortgage Company, LLC, One City Boulevard West, Orange, CA 92868, from Shannon Calhoun, unmarried, in the amount of $82,450.00, filed October 15, 2003, recorded at Official Instrument Number 200310150875, Recorder's Office, Cuyahoga County, Ohio.

3. Mortgage in favor of Isaac Zemelmann, P.O. Box 221102, Cleveland, OH 44122, from Shannon Calhoun, unmarried, in the amount of $9,700.00, filed October 15, 2003, recorded at Official Instrument Number 200310150876, Recorder's Office, Cuyahoga County, Ohio.

4. An examination of the PACER index of the United States Bankruptcy Court, Northern and Southern Districts of Ohio, reflects the following: Shannon D. Calhoun, 14214 Glendale Avenue, Cleveland, OH 44128, filed a Chapter 7 Petition for Bankruptcy in the United States Bankruptcy Court, Northern District of Ohio, Eastern Division, Case No. 04-17921, on June 22, 2004. The debtor was discharged on September 23, 2004 and the case was terminated on October 4, 2004.

No examination has been made for any unpaid sewer or water services.

This is a guarantee of record title only and is made for the use and benefit of all parties to said proceedings, and the purchaser at judicial sale thereunder.

Dated: April 24, 2006, at 7:59 a.m.

**FIRST AMERICAN TITLE INSURANCE COMPANY**

Number 39-PFE45606
File Number 06-07141

**SCHEDULE B**

FIRST AMERICAN TITLE INSURANCE COMPANY assumes no liability for matters affecting title subsequent to the date hereof nor does the Company assume responsibility for the proper form or execution of any documents to be filed unless the same are approved by the Company.

Should you require full coverage, including matters not appearing of record, a Policy of Title Insurance should be ordered.

**IN WITNESS WHEREOF,** FIRST AMERICAN TITLE INSURANCE COMPANY has caused its corporate name to be hereunto affixed:

FIRST AMERICAN TITLE INSURANCE COMPANY

Countersigned: _____
Edward M. Kochalski, Agent